# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

NASSERY, MOHAMMED
#A27778141 - Petitioner

vs.

Joseph F. McDonough
Sheriff of Plymouth
County Jail
Department of Homeland
Security
Respondent

## APPLICATION FOR FEDERAL WRIT OF HABEAS CORPUS UNDER 28 USC 2241

I AM PRESENTLY CONFINED AT THE PLYMOUTH COUNTY JAIL

THE BASIS OF MY PETITION IS ABOUT CONTINUED DETENTION BY THE DEPARTMENT OF HOMELAND SECURITY, BOSTON DISTRICT.

THE DHS DOES NOT HAVE AUTHORITY TO DETAIN ME INDEFINITELY. THIS MY DETENTION IS UNLAWFUL.

THIS IS BECAUSE MY REMOVAL CANNOT BE COMPLETED IN THE NEAR FUTURE.

ZADVYDAS V. DAVIS 533 U.S 678 (2001)

1) I WAS ORDERED DEPORTED ON SEPTEMBER 29-1998 TO MY NATIVE COUNTRY AFGHANISTAN.

I HAVE GIVEN THE DHS ALL THE INFORMATION THEY NEED IN ORDER TO GET MY TRAVEL DOCUMENTS. PLACE OF BIRTH, DATE OF BIRTH, YEAR I ENTERED INTO THE UNITED STATES, FINGER PRINTS AND PHOTOS.

2) I COMPLETED MY SENTENCE ON FUBRUARY 12-2004. SENCE THEN I HAVE BEEN IN DHS DETENTION WITH OUT BEING DEPORTED.

3) MY DETENTION IS IN VIOLATION OF MY RIGHTS.

4) AFTER THREE MONTHS FROM THE DATE OF MY COMPLETED SENTENCE, I RECEIVED A LETTER STATING THAT MY DETENTION WILL BE CONTINUED.

5) I HAVE EXHAUSTED MY ADMINISTRATIVE REMEDIES BY REQUESTING FOR RELEASE FROM DEPORTATION OFFICER IN BOSTON AND THE HEAD QUARTERS IN WASHINGTON AND THUS MY LAST OPTION IS THIS JUDICIAL ACTION.

6) I ALSO BELIEVE THAT MY DETENTION IS UNLAWFUL ACCORDING TO 8.C.F.R. 241.4.

7) I DO HAVE FAMILY IN UNITED STATES, FATHER, MOTHER, BROTHERS, WHO THEY ARE WILLING TO SUPPORT ME WHEN I AM RELEASED.

8) I WILL AVAIL MYSELF TO THE DHS ANYTIME, EXPECTED UNTIL MY REMOVAL IS IMMINENT. I AM WILLING TO ABIDE WITH ALL THE CONDITIONS IMPOSED ON ME UPON RELEASE.

I DECLARE UNDER PENALITY OF PERJURY THAT, THE FORE GOING IS TRUE AND CORRECT

THANK YOU, FOR TAKING THE TIME TO REVIEW THIS LETTER.

RESPECTFULLY SUBMITTED

Nassery

NASSERY, MOHAMMED
26 Long Pond RD.
Plymouth, MA 02360

DATE: 11. AUGUST, 2004

CLERK'S OFFICE
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

CERTIFICATE OF SERVICE

I, NASSERY, MOHAMMED, hereby certify that on August 11, 2004, I caused to be mailed a copy of the foregoing to:

FRANK CROWLEY
SPECIAL ASSISTANT U.S ATTORNEY
DEPARTMENT OF HOMELAND SECURITY
P.O. Box 8728
JFK STATION
Boston, MA 02114

by placing a copy in the mail at the detention facility where I am detained.