UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOHAMMED NASSERY, ) | |
| ) | |
| Petitioner ) | |
| ) | Civil Action No. |
| v. ) | 04cv11799-PBS |
| ) | |
| JOSEPH F. MCDONOUGH, et al. ) | |
| ) | |
| ) | |
| Respondents ) | |

MOTION TO DISMISS

Respondent[1] moves to dismiss this action pursuant to Fed. R. Civ. P. rule 12(b)(1) for failure to state a claim upon which relief may be granted.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                  By:  s/Frank Crowley
                       FRANK CROWLEY
                       Special Assistant U.S. Attorney
                       Department of Homeland Security
                       P.O. Box 8728
                       J.F.K. Station
                       Boston, MA 02114
                       (617) 565-2415

---

[1] See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the United States in a suit pending in a court of the United States").

CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on August 18, 2004.

<pre>
                              s/Frank Crowley
                              FRANK CROWLEY
                              Special Assistant U.S. Attorney
                              Department of Homeland Security
                              P.O. Box 8728
                              J.F.K. Station
                              Boston, MA 02114
</pre>

2