UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MOHAMMED NASSERY,

        Petitioner,

        v.

JOSEPH F. MCDONOUGH, et al.

        Respondents.

CIVIL ACTION
NO. 04-11799-PBS

## ORDER OF DISMISSAL

SARIS, D.J.

In accordance with this Court's order dated August 18, 2004, it is ORDERED that the within action be and it is hereby DISMISSED WITHOUT PREJUDICE.

        By the Court,

        s/ Linn A. Weissman
        Deputy Clerk

Date August 18, 2004

(noticeofdismissal.wpd - 12/98)         [odism.]